1 | Brian H. VanderZanden (*Pro Hac Vice*)
FARNEY DANIELS LLP
2 | 800 S. Austin Ave., Suite 200
Georgetown, TX
3 | Telephone:  (512) 582-2831
Facsimile:   (512) 582-2829
4 | Email:  bvanderzanden@farneydaniels.com
ATTORNEY FOR PLAINTIFF
5 | BRANDYWINE COMMUNICATIONS TECHNOLOGIES LLC

6

7 | William H. Boice (*pro hac vice* applic. pending)
Russell A. Korn (*Pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
8 | 1100 Peachtree Street, Suite 2800
Atlanta, GE 30309-4528
9 | Telephone:  (404) 815-6500
Facsimile:   (404) 815-6555
10 | Emails:     bboice@kilpatricktownsend.com
              rkorn@kilpatricktownsend.com
11 | Daniel S. Young (*pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
12 | 1400 Wewatta Street
Denver, CO  80202
13 | Telephone:  (303) 571-4000
Facsimile:   (303) 571-4321
14 | Email:      dyoung@kilpatricktownsend.com

15 | Robert J. Artuz (Cal. Bar No. 227789)
KILPATRICK TOWNSEND & STOCKTON LLP
16 | 1080 Marsh Road
Menlo Park, CA 94025
17 | Telephone:  (650) 326-2400
Facsimile:   (650) 326-2422
18 | Emails:     rartuz@kilpatricktownsend.com

ATTORNEYS FOR DEFENDANTS
19 | AT&T CORP., AND SBC INTERNET SERVICES, INC.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>AT&T CORP. and SBC INTERNET SERVICES, INC.<br><br>            Defendants. | Case Number:  C 12-02494 CW<br><br>**STIPULATION OF DISMISSAL OF CLAIMS UNDER U.S. PATENT NO. 5,444,704 AND [PROPOSED] ORDER** |

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) , Plaintiff, Brandywine Communications Technologies, LLC ("Brandywine") and Defendants AT&T Corp. and SBC Internet Services, Inc. ("Defendants"), hereby stipulate to the dismissal with prejudice of all claims asserted by Brandywine against Defendants with respect to U.S. Patent 5,444,704 ("the '704 patent") and further stipulate to the dismissal without prejudice of Defendants' counterclaims alleging invalidity of U.S. Patent 5,444,704.

Defendants further agree that, for their affiliates and successors, they will only resurrect their claims of invalidity against the '704 patent if they are later sued for infringement of the '704 patent or are required to indemnify a third party for a claim of infringement of the '704 patent. Brandywine further agrees to release, for its affiliates and successors, all of Defendants' affiliates, employees, agents, customers, and suppliers from all claims of infringement of the '704 patent.

This dismissal shall have no effect on the Parties' assertion of claims and counterclaims with respect to U.S. Patent Nos. 5,828,657; 7,894,472; 6,970,501; 5,206,854; 5,251,328 and 5,812,537.

Dated:  February 12, 2013           Respectfully submitted,
                                    By: _/s/ Brian H. VanderZanden_____
                                        Brian H. VanderZanden (Admitted *Pro Hac Vice*)
                                        FARNEY DANIELS LLP

                                    Attorney for Plaintiff
                                    BRANDYWINE COMMUNICATIONS
                                    TECHNOLOGIES LLC

Dated:  February 12, 2013           Respectfully submitted,

                                    KILPATRICK TOWNSEND & STOCKTON LLP

                                    By: _/s/ Robert J. Artuz_____
                                        William H. Boice (*pro hac vice* applic. pending)
                                        Russell A. Korn (*pro hac vice*)
                                        Daniel S. Young (*pro hac vice*)
                                        Robert J. Artuz

                                    Attorneys for Defendants
                                    AT&T CORP. and SBC INTERNET SERVICES, INC.

**FILER'S ATTESTATION**

    Pursuant to Civil Local Rule 5-1(i)(3), Robert Artuz, hereby attests that the above-named signatories concur in this filing.

DATED: February 12, 2013

                                                   */s/ Robert J. Artuz*
                                                   Robert J. Artuz

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: 2/13/2013

                                          The Honorable Claudia Wilken
                                          United States District Judge