IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRANDYWINE COMMUNICATIONS
TECHNOLOGIES, LLC,

    Plaintiff,

v.

AT&T CORP., et al.,

    Defendants.

No. C 12-2494 CW

ORDER GRANTING IN PART MOTION TO EXCEED PAGE LIMITS (Docket No. 69)

    Plaintiff Brandywine Communications Technologies, Inc. moves for leave to file excess pages. Specifically, Plaintiff seeks fifteen additional pages for its opening claim construction brief and five additional pages for its reply. Plaintiff also requests that Defendants receive fifteen additional pages for their opposition brief, pursuant to an agreement between the parties.[1] Docket No. 69, at 1. After reviewing Plaintiff's motion -- as well as its opening claim construction brief, filed on April 25, 2013 -- the Court GRANTS Plaintiff's motion in part and DENIES it in part.

    Plaintiff filed a thirty-three page opening brief without first obtaining leave to file excess pages. However, because the additional pages appear necessary to describe the relevant technology, Plaintiff is granted leave to exceed the page limit with respect to its opening brief. Defendants are granted leave to file an opposition brief of equal length to Plaintiff's opening

---

[1] Plaintiff did not file a copy of this agreement and Defendants did not join in Plaintiff's motion.

brief.  The Court denies Plaintiff's request for additional pages for its reply.  In the future, the parties must comply with Civil Local Rule 7-4(b).

    IT IS SO ORDERED.

Dated: 5/8/2013

CLAUDIA WILKEN
United States District Judge