Timothy Devlin (*pro hac vice*)
Jonathan D. Baker (Cal. Bar No. 196062)
Brian H. VanderZanden (Cal. Bar No. 233134)
Lei Sun (Cal. Bar No. 251304)
FARNEY DANIELS PC
800 S. Austin Ave., Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2828
Facsimile:  (512) 582-2829
E-Mails:  TDevlin@farneydaniels.com
          JBaker@farneydaniels.com
          BVanderZanden@farneydaniels.com
          LSun@farneydaniels.com

ATTORNEYS FOR PLAINTIFF
BRANDYWINE COMMUNICATIONS
TECHNOLOGIES, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AT&T CORP, et al.,<br><br>Defendants. | Case Number:  C 12-02494 CW<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY CLAIM CONSTRUCTION BRIEF** |

**CASE NO. C 12-02494 CW**

1   The Court, having considered Plaintiff's Unopposed Motion to Extend Time to File Reply
2 Claim Construction Brief, hereby GRANTS the Motion.  IT IS ORDERED THAT the reply claim
3 construction brief shall be filed on or before June 3, 2013.  **Hearing date of June 27, 2013, is**
4 **maintained.**

6 Dated:  May 28, 2013

UNITED STATES DISTRICT JUDGE