IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AT&T CORP., et al.,<br><br>　　　　Defendants. | No. C 12-2494 CW<br><br>SUA SPONTE ORDER STAYING CASE PENDING DECISION OF JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |

　　　The parties recently completed briefing on claim construction in preparation for the June 27, 2013 Markman hearing that was previously set in this matter. However, in light of the motion to transfer this case that was filed last month with the Judicial Panel on Multidistrict Litigation, this action will be STAYED pending the Panel's decision on that motion. The June 27, 2013 hearing is therefore VACATED and will be reset as necessary.

　　　IT IS SO ORDERED.

Dated: 6/13/2013

　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　United States District Judge