IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRANDYWINE COMMUNICATIONS
TECHNOLOGIES, LLC,

        Plaintiff,

    v.

AT&T CORP., et al.,

        Defendants.

_____/

No. C 12-2494 CW

ORDER RESETTING
CLAIM CONSTRUCTION
HEARING

    On June 13, 2013, this case was stayed pending transfer by the Judicial Panel on Multidistrict Litigation.  On August 8, 2013, the Panel denied the transfer.

    Accordingly, the stay is lifted and the hearing on Plaintiff's motion for claim construction is reset for 2:00 p.m. on Thursday, September 5, 2013.  The Court will not allot any time on that date for a tutorial by either party.

    IT IS SO ORDERED.

Dated:  8/12/2013

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California