IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES LLC,<br><br>      Plaintiff,<br><br>   v.<br><br>AT & T CORP,<br><br>      Defendant.<br>_____/ | No. C 12-02494 CW<br><br>ORDER GRANTING IN PART STIPULATION TO AMEND CASE SCHEDULE<br>(Docket No. 86) |

   IT IS HEREBY ORDERED that the stipulation to amend case schedule (Docket No. 86) filed on August 26, 2013, is GRANTED IN PART.  The following dates are changed as requested:  mediation deadline is 11/1/2013; close of fact discovery is 12/6/2013; Plaintiff to serve opening infringement and damages expert reports/Defendants to serve opening invalidity expert report by 12/13/2013; parties to serve rebuttal expert reports by 1/31/2014; expert discovery deadline is 2/21/2014; the other dates are not changed. Dispositive motions are briefed seriatim, not simultaneously; see Court's Scheduling Notes and Standing Order.

Dated: 8/27/2013

CLAUDIA WILKEN
United States District Judge