IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>AT&T CORP.,<br><br>          Defendant.<br>_____/ | No. C 12-02494 CW<br><br>ORDER OF REFERENCE TO MAGISTRATE JUDGE |

     Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the joint letter regarding discovery disputes and **all discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.  Counsel will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

Dated: 11/13/2013

                                   CLAUDIA WILKEN
                                   United States District Judge

cc:  MagRef; Assigned M/J w/mo.