IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>AT&T CORP., et al.,<br><br>    Defendants.<br>_____/ | No. C 12-2494 CW<br><br>ORDER DENYING DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE (Docket No. 112) |

On December 12, 2013, Defendants AT&T Corp. and SBC Internet Services, Inc. filed a motion for relief from Magistrate Judge Spero's December 6, 2013 discovery order. Docket No. 112. The order directs them to meet and confer with Plaintiff Brandywine Communications Technologies, LLC, and to agree on a protocol for providing Plaintiff's expert with secure access to certain confidential materials. Because Defendants have not persuasively explained why they cannot provide Plaintiff's expert with secure access to their confidential materials, their motion (Docket No. 112) is DENIED.

The parties shall agree on a protocol by which Plaintiff's expert can securely access the relevant confidential materials, as originally directed by Magistrate Judge Spero's order, by December 23, 2013.

IT IS SO ORDERED.

Dated: 12/20/2013

CLAUDIA WILKEN
United States District Judge