All counsel listed on signature page.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AT&T CORP. and<br>SBC Internet Services, Inc.<br><br>Defendants. | Case Number:  C 12-02494 CW<br><br>[PROPOSED] ORDER REGARDING REMOTE ACCESS TO CONFIDENTIAL MATERIALS BY DR. NICHOLAS BURD |

Pursuant to the Court's Order dated December 20, 2013, the Plaintiff Brandywine Communications Technologies LLC ("Plaintiff" or "Brandywine") and Defendants AT&T Corp. and SBC Internet Services, Inc. (jointly "Defendants"), hereby stipulate to and respectfully petition the Court to enter the following Protocol:

1.  To the extent Plaintiff's expert, Dr. Nicholas Burd, wishes to access materials designated by Defendants as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL OUTSIDE COUNSEL ONLY" ("the Documents") outside the United States, Dr. Burd may do so only using a secure portal established using Relativity® software provided by kCura.

2.  The Relativity database on which the Documents are hosted ("Relativity Database") shall physically reside in the United States.

3.  The Relativity Database shall be maintained by either Plaintiff or Defendants, and not by Dr. Burd.

4.  The Relativity Database shall be configured by the host such that Dr. Burd is not physically able to download, print, copy, or otherwise save the documents outside the United States.  Dr. Burd's access shall be limited such that he is only able to view the documents on a screen, without creating a copy of any kind of all or part of the documents, in hard or soft copy.

[PROPOSED] ORDER ON MOTION FOR RELIEF
Case No. C 12-02494 CW

1

5. The Relativity Database shall be configured so as not to cause the copying or storing of any copies of the Documents on any computers outside of the United States, accidentally or otherwise.

6. Subject to the restrictions in Paragraphs 4 and 5, the Relativity Database shall be configured to provide all standard document review features of that system, including for example text searching. If hosted by Defendants, Defendants' counsel shall provide contact information for technical support to Plaintiff's counsel and Dr. Burd.

7. Before accessing any Documents as described above, Dr. Burd shall agree in writing that (a) he is bound by the protective order in this matter and (b) he submits to the personal jurisdiction and venue of this Court for all matters arising out of the protective order and this Order.

8. The provisions of the protective order in this matter shall otherwise remain in full force and effect.

Respectfully submitted,

FARNEY DANIELS PC

DATED: December 23, 2013         By: */s/ Timothy Devlin*
                                 Timothy Devlin (admitted *pro hac vice*)
                                 Jonathan D. Baker (Cal. Bar No. 196062)
                                 Brian H. VanderZanden (Cal Bar No. 233134)
                                 Lei Sun (Cal. Bar No. 251304)
                                 FARNEY DANIELS PC
                                 800 S. Austin Ave., Suite 200
                                 Georgetown, Texas 78626
                                 Telephone: (512) 582-2828
                                 Facsimile:  (512) 582-2829
                                 E-Mails:    tdevlin@farneydaniels.com
                                             jbaker@farneydaniels.com
                                             bvanderzanden@farneydaniels.com
                                             lsun@farneydaniels.com

                                 Attorneys for Plaintiff
                                 BRANDYWINE COMMUNICATIONS
                                 TECHNOLOGIES, LLC

[PROPOSED] ORDER                                                              2
Case No. C 12-02494 CW

KILPATRICK TOWNSEND & STOCKTON LLP

DATED: December 23, 2013

By: */s/ Matthew C. Holohan*
William H. Boice (admitted *pro hac vice*)
Russell A. Korn (admitted *pro hac vice*)
Robert J. Artuz (Cal. Bar No. 227789)
Kristopher L. Reed (Cal. Bar No. 235518)
Matthew C. Holohan (Cal. Bar No. 239040)
Alyson L. Wooten (*pro hac vice*)
KILPATRICK TOWNSEND & STOCKTON LLP
1080 Marsh Road
Menlo Park, CA 94025
Telephone:   (650) 326-2400
Facsimile:    (650) 326-2422
Emails:       bboice@kilpatricktownsend.com
              rkorn@kilpatricktownsend.com
              rartuz@kilpatricktownsend.com
              kreed@kilpatricktownsend.com
              mholohan@kilpatricktownsend.com
              awooten@kilpatricktownsend.com

Attorneys for Defendants
AT&T CORP. and SBC INTERNET SERVICES, INC.

SO ORDERED.

Dated: 12/27/2013

_____
UNITED STATES DISTRICT COURT JUDGE

5217389v1

[PROPOSED] ORDER
Case No. C 12-02494 CW

3