IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T CORP., et al.,<br><br>    Defendants.<br>_____/ | No. C 12-2494 CW<br><br>ORDER GRANTING IN PART MOTION TO SHORTEN TIME AND TAKING UNDER SUBMISSION MOTION TO STRIKE (Docket No. 131) |

   On January 27, 2014, Defendants AT&T Corp. and SBC Internet Services, Inc. filed a motion to strike Plaintiff's supplemental infringement contentions.  Docket No. 128.  They also asked the Court to hear the motion to strike on an expedited schedule.

   Defendants' motion to shorten time (Docket No. 131) is GRANTED in part and DENIED in part.  Plaintiff shall file its response to the motion to strike on or before February 10, 2014.  Its response brief shall not exceed twelve pages in length.  Defendants shall file their reply brief, not to exceed six pages in length, on or before February 14, 2014.  The motion will be taken under submission without oral argument.

   IT IS SO ORDERED.

Dated: 2/4/2014

CLAUDIA WILKEN
United States District Judge