IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>AT&T CORP., et al.,<br><br>    Defendants.<br>_____/ | No. C 12-2494 CW<br><br>ORDER DIRECTING PARTIES TO RE-SUBMIT DISPOSITIVE MOTIONS; AMENDING BRIEFING SCHEDULE |

On March 19, 2014, Plaintiff Brandywine Communications Technologies, Inc., filed separately various motions to strike certain expert reports, exclude expert testimony, and preclude reliance on certain non-infringement theories.  On April 2, 2014, Defendants AT&T Corporation and SBC Internet Services (collectively, AT&T) filed separate responses to each of Plaintiff's motions and filed cross-motions for summary judgment and to exclude expert testimony.  Each party failed to file all of its motions in a consolidated brief of twenty-five pages or less.  Accordingly, the parties are directed to re-submit their motions according to the format and schedule set forth below.

On April 23, 2014, Plaintiff shall file all of its dispositive motions, motions to preclude reliance on non-infringement theories, and motions to strike or exclude expert reports or testimony.  All of these motions shall be contained in a single brief, not to exceed twenty-five pages.

On or before May 7, 2014, AT&T shall file its opposition to Plaintiff's motions and any cross-motions for summary judgment or

cross-motions to exclude expert testimony. The opposition and any cross-motions shall be contained in a single brief, not to exceed twenty-five pages.

On or before May 14, 2014, Plaintiff shall file a single brief, not to exceed fifteen pages, containing its reply to its own motions and any opposition to AT&T's cross-motions.

On or before May 21, 2014, AT&T shall file its reply to its cross-motions in a single brief, not to exceed fifteen pages.

The Court shall hear all dispositive motions and Daubert motions at 2:00 p.m. on June 5, 2014.

IT IS SO ORDERED.

Dated: 4/9/2014

CLAUDIA WILKEN
United States District Judge

2