IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T CORP., et al.,<br><br>    Defendants.<br>_____/ | No. C 12-2494 CW<br><br>ORDER GRANTING IN PART MOTION FOR EXCESS PAGES<br>(Docket No. 190) |

On April 10, 2014, Defendants AT&T Corporation and SBC Internet Services, Inc. moved for leave to file excess pages in connection with their dispositive motions. Specifically, they requested twenty-five additional pages for their combined cross-motions and opposition to Plaintiff's dispositive motions and Daubert motions.

Defendants' motion for excess pages (Docket No. 190) is GRANTED in part and DENIED in part. Defendants may file an opening brief of up to thirty-five pages in length. Plaintiff may file an opening brief of the same length. All other page limits set forth in the Court's April 9, 2014 order remain unchanged.

IT IS SO ORDERED.

Dated: 4/11/2014

CLAUDIA WILKEN
United States District Judge