IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC, | No. C 12-2494 CW |
| Plaintiff, | ORDER GRANTING IN PART MOTION FOR EXCESS PAGES |
| v. | (Docket No. 193) |
| AT&T CORP., et al., | |
| Defendants. | |

_____/

On April 14, 2014, Plaintiff Brandywine Communications Technologies, Inc., filed a motion for leave to re-allocate twenty pages of its opening brief in support of its dispositive motions to its consolidated opposition and reply brief.  Defendants AT&T Corporation and SBC Internet Services, Inc. oppose the motion.

The Court hereby GRANTS the motion in part and DENIES it in part.  Brandywine may, in its discretion, re-allocate up to ten pages of its opening brief to its consolidated opposition and reply brief.  Its consolidated opposition and reply brief shall not exceed twenty-five pages in length.  Likewise, Defendants may, in their discretion, re-allocate up to ten pages of their opening brief to their reply brief.  Their reply brief shall not exceed twenty-five pages.

IT IS SO ORDERED.

Dated: 4/15/2014

CLAUDIA WILKEN
United States District Judge