Tim Devlin (admitted *pro hac vice*)
FARNEY DANIELS PC
1220 North Market Street, Suite 850
Wilmington, DE 19806
Telephone: 302-300-4626
Email: tdevlin@farneydaniels.com

David Paul Swenson (admitted *pro hac vice*)
FARNEY DANIELS PC
100 North Sixth Street, Suite 445a
Minneapolis, MN 55403
Telephone: 612-424-9229
Email: dswenson@farneydaniels.com

Jonathan D. Baker (Cal. Bar No. 196062)
FARNEY DANIELS PC
411 Borel Avenue, Suite 350
San Mateo, CA 94402
Telephone: 424-268-5210
Email: jbaker@farneydaniels.com

Lei Sun (Cal. Bar No. 251304)
FARNEY DANIELS PC
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
Telephone: 512-582-2828
Facsimile: 512-582-2829
Email: lsun@farneydaniels.com

ATTORNEYS FOR PLAINTIFF
BRANDYWINE COMMUNICATIONS
TECHNOLOGIES, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AT&T CORP. AND SBC INTERNET SERVICES, INC.,<br><br>Defendants. | Case No. 4:12-cv-02494-CW<br><br>**DECLARATION OF LEI SUN IN SUPPORT OF BRANDYWINE'S ADMINISTRATIVE MOTION TO SEAL**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge: Hon. Claudia Wilken |

I, Lei Sun, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California with Farney Daniels PC, counsel of record for Plaintiff Brandywine Communications Technologies, LLC ("Brandywine") in the case *Brandywine Communications Technologies, LLC v. AT&T Corp. at al.*, Case No. C 12-02494-CW.

2. Unless otherwise stated, I have personal knowledge of the statements herein, and if called to testify, I could and would testify competently to the truth of the statements herein.

3. Brandywine's Motions to Strike the Expert Reports of Anthony Acampora, Richard Gitlin, and Paul Meyer and to Preclude Their Testimonies, and to Preclude Defendants from Reliance on Certain Non-Infringement Theories ("Motions") includes a Declaration by Tim Devlin in Support of those Motions, which attaches Exhibits B, C, E, G1-G3, H, J and K.

4. Exhibit B is a copy of Dr. Richard Gitlin's Expert Report concerning non-infringement. Exhibit C is a copy of Mr. Paul Meyer's Expert Report concerning damages. Both contain confidential information produced by Defendants and have been designated HIGHLY CONFIDENTIAL pursuant to the Protective Order in this case.

5. Exhibit E is the deposition transcript of Dr. Gitlin in this case. It contains confidential information of Defendants and has been designated as HIGHLY CONFIDENTIAL pursuant to the Protective Order in this case.

6. Exhibits G1 to G3 collectively comprise a copy of the Expert Report of Dr. Nicholas Burd concerning infringement. They contain confidential information of Defendants and has been designated as HIGHLY CONFIDENTIAL pursuant to the Protective Order in this case.

7. Exhibits H and J are Defendants' Responses to a number of Brandywine's Interrogatories. They both contain confidential information produced by Defendants and have been designated HIGHLY CONFIDENTIAL pursuant to the Protective Order in this case.

8. Exhibit K is the deposition transcript of AT&T employee Mr. Ron Brost in this case. It contains confidential information of Defendants and has been designated as HIGHLY CONFIDENTIAL pursuant to the Protective Order in this case.

9. These Exhibits contain sensitive and proprietary business and technical information belonging to Defendants. As such, they are entitled to be filed under seal.

10. In addition, Brandywine's Motions papers cites to these Exhibits and contains other discussions of highly confidential information of Defendants, and are thus also entitled to be filed under seal.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 23, 2014, in Georgetown, Texas.

*/s/ Lei Sun*
Lei Sun

DECLARATION OF LEI SUN IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL    3    CASE NO. 4:12-CV-02494