Tim Devlin (*Pro Hac Vice*)
FARNEY DANIELS PC
1220 North Market Street, Suite 850
Wilmington, DE 19806
Telephone: 302-300-4626
Email:  tdevlin@farneydaniels.com

David Paul Swenson (*Pro Hac Vice*)
FARNEY DANIELS PC
100 North Sixth Street, Suite 445a
Minneapolis, MN 55403
Telephone: 612-424-9229
Email:   dswenson@farneydaniels.com

Jonathan D. Baker (Cal. Bar No. 196062)
Kimberly I. Kennedy (Cal. Bar No. 253828)
FARNEY DANIELS PC
411 Borel Avenue, Suite 350
San Mateo, CA  94402
Telephone:  424-268-5210
Emails:    jbaker@farneydaniels.com
           kkennedy@farneydaniels.com

Brian H. VanderZanden (Cal. Bar No. 233134)
Lei Sun (Cal. Bar No. 251304)
FARNEY DANIELS PC
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
Telephone: 512-582-2828
Facsimile: 512- 582-2829
Emails:    bvanderzenden@farneydaniels.com
           lsun@farneydaniels.com

ATTORNEYS FOR PLAINTIFF
BRANDYWINE COMMUNICTIONS
TECHNOLOGIES, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AT&T CORP. AND SBC INTERNET SERVICES, INC.,<br><br>Defendants. | Case No. 4:12-cv-02494-CW<br><br>[~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL MOTION TO COMPEL AND EXHIBITS G AND H TO THE DECLARATION OF LEI SUN IN SUPPORT THEREOF**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge:  Hon. Claudia Wilken |

1  Having considered Plaintiff Brandywine Communication Technologies, LLC's

2 Administrative Motion to Seal Motion to Compel Production of Documents and 30(b)(6)

3 Testimony and Exhibits G and H to the Declaration of Lei Sun in Support of Brandywine's

4

5 Motion to Compel Production of Documents and 30(b)(6) Testimony, and good cause appearing,

6 the Court has determined that the administrative motion should be granted.

7  IT IS HEREBY ORDERED that:

8  Administrative Motion to Seal Motion to Compel Production of Documents and 30(b)(6)

9

10 Testimony and Exhibits G and H to the Declaration of Lei Sun in Support of Brandywine's

11 Motion to Compel Production of Documents and 30(b)(6) Testimony is GRANTED, and these

12 documents shall be filed under seal pursuant to Civil Local Rule 7-95.

13

14

15 Dated: 4/30/14

16

17  _____
          UNITED STATES DISTRICT COURT JUDGE
18                     Magistrate

2                                    CASE NO. 4:12-CV-02494