IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T CORP., et al.,<br><br>    Defendants.<br>_____/ | No. C 12-2494 CW<br><br>ORDER APPROVING STIPULATION TO VACATE SUMMARY JUDGMENT HEARING (Docket No. 216) |

On June 2, 2014, the parties notified the Court that they had reached a settlement in principle and filed a stipulation to vacate the summary judgment hearing previously set for June 5, 2014. The Court hereby approves the stipulation and vacates the summary judgment hearing.

Within three weeks of this order, the parties shall either submit a joint status report on the progress of their settlement efforts or file a Rule 41(a) stipulation to dismiss the remaining claims against Defendants.

IT IS SO ORDERED.

Dated: 6/3/2014

CLAUDIA WILKEN
United States District Judge