| | |
|---|---|
| Timothy Devlin (admitted *pro hac vice*)<br>DEVLIN LAW FIRM LLC<br>1220 North Market Street, Suite 850<br>Wilmington, DE 19801<br>Telephone: (302) 449-9011<br>Facsimile: (302) 353-4251<br>Email: tdevlin@devlinlawfirm.com | William H. Boice (admitted *pro hac vice*)<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309-4528<br>Telephone: (404) 815-6500<br>Facsimile: (404) 815-6555<br>Emails: bboice@kilpatricktownsend.com |
| David Paul Swenson (admitted *pro hac vice*)<br>FARNEY DANIELS PC<br>100 North Sixth Street, Suite 445a<br>Minneapolis, MN 55403<br>Telephone: (612) 424-9229<br>Email: dswenson@farneydaniels.com | Kristopher L. Reed (Cal. Bar No. 235518)<br>Matthew C. Holohan (Cal. Bar No. 239040)<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1400 Wewatta Street<br>Denver, CO 80202<br>Telephone: (303) 571-4000<br>Facsimile: (303) 571-4321<br>Emails: kreed@kilpatricktownsend.com<br>      mholohan@kilpatricktownsend.com |
| Jonathan D. Baker (Cal. Bar No. 196062)<br>FARNEY DANIELS PC<br>411 Borel Avenue, Suite 350<br>San Mateo, CA 94402<br>Telephone: (424) 268-5210<br>Email: jbaker@farneydaniels.com | Robert J. Artuz (Cal. Bar No. 227789)<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1080 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 326-2400<br>Facsimile: (650) 326-2422<br>Email: rartuz@kilpatricktownsend.com |
| Lei Sun (Cal. Bar No. 251304)<br>FARNEY DANIELS PC<br>800 S. Austin Ave., Suite 200<br>Georgetown, TX 78626<br>Telephone: (512) 582-2828<br>Facsimile: (512) 582-2829<br>Emails: lsun@farneydaniels.com | ATTORNEYS FOR DEFENDANTS<br>AT&T CORP., AND<br>SBC INTERNET SERVICES, INC. |
| ATTORNEYS FOR PLAINTIFF<br>BRANDYWINE COMMUNICATIONS<br>TECHNOLOGIES, LLC | |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>          Plaintiff,<br>     v.<br><br>AT&T CORP. AND SBC INTERNET SERVICES, INC.,<br><br>          Defendants. | Case No. 4:12-cv-02494-CW<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Brandywine Communications Technologies, LLC ("Brandywine") and Defendants AT&T Corp. and SBC Internet Services, Inc. (collectively, "Defendants"), hereby stipulate as follows:

1. All Brandywine's remaining claims and allegations in this litigation are dismissed with prejudice.

2. All Defendants' remaining claims and allegations in this litigation are hereby dismissed without prejudice.

3. Brandywine and Defendants each shall bear their own attorney's fees, expenses and costs.

IT IS SO STIPULATED.

Dated: June 30, 2014   DEVLIN LAW FIRM LLC

By: */s/ Tim Devlin*
Timothy Devlin

Attorneys for Plaintiff
Brandywine Communications Technologies, LLC

Dated: Ju   KILPATRICK TOWNSEND & STOCKTON LLP

By: */s/ Kristopher Reed*
Kristopher L. Reed

Attorneys for Defendants
AT&T Corp. and SBC Internet Services, Inc.

The pre-trial conference and trial dates are vacated and all pending motions terminated.
IT IS SO ORDERED.
Dated: 7/1/2014

CLAUDIA WILKEN
United States District Judge